# United States District Court
# For The Western District of North Carolina
# Asheville Division

DAVID LOUIS MOORE,
a/k/a AMOS H. HARRISON,

       Petitioner,                              JUDGMENT IN A CIVIL CASE

vs.                                                  1:05cv60-1-MU

NORA HUNT, Superintendent of
Columbus Correctional Inst.,

       Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 15, 2007 Order.

August 15, 2007

FRANK G. JOHNS, CLERK

BY: s/Elizabeth J. Barton

Elizabeth J. Barton, Deputy Clerk